IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EAST/WEST CONSOLIDATORS, INC. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| EAST WEST CONSOLIDATORS, INC. | : | |
| et al. | : | NO. 05-5838 |

O R D E R

**AND NOW, TO WIT:** this 2nd day of November, 2007, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel.

                                                    **MICHAEL E. KUNZ**, Clerk of Court


                                                    **BY:** /s/ Juanita M. Davis
                                                             Juanita M. Davis
                                                             Deputy Clerk

11/2/07 copy faxed to:
Jana Michelle Landon, Esq.
Stuart D. Lurie, Esq.
M. Kelly Tillery, Esq.